IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROCHELLE THIBODEAUX | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | 1:21-cv-02671-LMM-CCB |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| CITY OF ATLANTA, GEORGIA | ) | <u>Jury Trial Demanded</u> |
| | ) | |
| Defendant. | ) | |

## FIRST AMENDMENT TO COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

NOW COMES the Plaintiff, ROCHELLE THIBODEAUX, through her undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 15(a), hereby files this First Amendment to Complaint for Damages and Equitable Relief against Defendant, CITY OF ATLANTA, GEORGIA (hereinafter, referred to as "Defendant" or the"City") by adding the following Count VII – Invasion of Privacy and the Declaration under Penalty of Perjury pursuant to 28 USC 1746.

### COUNT VII – INVASION OF PRIVACY

**89.**

Plaintiff incorporates herein by reference paragraphs 1 through 88 of the original Complaint herein by reference.

## 90.

During the time Plaintiff worked for Defendant, Plaintiff's supervisor Allen Smith and others working for Defendant disclosed Plaintiff's medical records to various people, who had no right or need to know Plaintiff's medical condition, in the Public Works Department.

## 91.

Defendant's agents acts violate HIPAA and constitute the tort of unauthorized public disclosure of private facts (invasion of privacy).

## 92.

As a result of said Defendant's conduct, Plaintiff has suffered personal injury, as manifested by injured feelings, mental anguish, and emotional distress.

## 93.

Plaintiff's medical records were disclosed intentionally in an attempt to harass and embarrass Plaintiff in furtherance of Defendant's campaign to retaliate against Plaintiff.

## 94.

Defendant is responsible for the actions of its agents, who were acting under the color of state law, because they were acting in accordance with an official custom or policy of Defendant.  Sexual harassment of and retaliation against women is rampant in Defendant's Public Works Department, with the supervisors covering up for the harassers and punishing the victims.

**95.**

Defendant has acted in bad faith towards Plaintiff and therefore, Plaintiff is entitled to an award of expenses of litigation including reasonable attorney's fees pursuant to O.C.G.A. § 13-6-11.

**96.**

Defendant's actions show willful misconduct, malice, fraud, wantonness, oppression and/or that entire want of care which would raise the presumption of conscious indifference to the consequences, and punitive damages are authorized.

**WHEREFORE**, as a result of the violations by the Defendant, Plaintiff respectfully requests the following relief:

- A. Judgment be entered against the Defendant;
- B. Grant a trial by jury;
- C. Award general, compensatory, liquidated, and actual damages
- D. Award all other damages allowed by law;
- E. Declare the Defendant's conduct complained of herein to be in violation of the Plaintiff's rights as secured by Title VII;
- F. Permanently enjoin the Defendant from discriminating and retaliating against Plaintiff and all all other employees who

      have complained of conduct that may have violated Title VII, as prohibited by Title VII;

G.    Order Defendant to compensate, reimburse, and make Plaintiff whole for all the benefits she would have received but for Defendant's illegal actions, including, but not limited to, back pay, front pay, medical expenses, other employment benefits, promotions, bonuses, seniority, and interest;

H.    Expunge any adverse employment actions from Plaintiff's personnel records as a result of Defendant's unlawful conduct;

I.    Award expenses of litigation, including reasonable attorneys' fees, reasonable expert witness fees, and other costs of litigation; and

J.    Award punitive damages as provided by law;

K.    Award Plaintiff compensation for unpaid minimum and/or overtime wages; an additional equal amount as liquidated damages; and reasonable attorneys' fees, costs and expenses of this action, pursuant to 29 U.S.C. § 216(b).

L.    Award actual damages plus an award of up to $110- per-day, reflecting the period of the delay in providing the required COBRA notice.

M. Award Plaintiff general and special damages for Defendant's invasion of privacy;

N. Grant such other and further relief as the Court shall deem just and proper.

Respectfully submitted:

/s/ Kennon Peebles, Jr.

_____

Kennon Peebles, Jr.
Attorney for Plaintiff
Georgia Bar No.: 570151

3296 Summit Ridge Pkwy
Suite 1720
Duluth, Georgia 30096
Tel. 470-395-4427
Fax 678-261-0904
Email: kennon@peebleslaw.net

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1D, the undersigned counsel certifies that the foregoing **FIRST AMENDMENT TO COMPLAINT FOR DAMAGES** has been prepared in Times New Roman 14 point in compliance with LR 5.1B.

This the __20__ day of July, 2021.

/s/ Kennon Peebles, Jr.
_____
Kennon Peebles, Jr.
Attorney for Plaintiff
Georgia Bar No.: 570151

3296 Summit Ridge Pkwy
Suite 1720
Duluth, Georgia 30096
Tel. 470-395-4427
Fax 678-261-0904
Email: kennon@peebleslaw.net

ROCHELLE THIBODEAUX, )
)
Plaintiff, ) Civil Action File No.
)
v. )
)
CITY OF ATLANTA, GEORGIA ) Jury Trial Demanded
)
Defendant. )

### DECLARATION UNDER PENALTY OF PERJURY

I, Rochelle Thibodeaux, pursuant 28 USC § 1746, hereby make this declaration under penalty of perjury as follows:

1. I have reviewed the facts contained in my Complaint and Amended Complaint against the City of Atlanta.

2. The facts contained in my Complaint and Amended Complaint against the City of Atlanta are true and correct and are based on my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the following date: July 20, 2021

_____
Rochelle Thibodeaux

7